NEW YORK TELEPHONE COMPANY, Appellant, *v.* MEEHAN PAVING & CONSTRUCTION CO., INC., et al., Respondents.

EMPIRE CITY SUBWAY COMPANY, LIMITED, Appellant, *v.* MEEHAN PAVING & CONSTRUCTION CO., INC., et al., Respondents.

HOLMES ELECTRIC PROTECTIVE COMPANY, Appellant, *v.* MEEHAN PAVING & CONSTRUCTION CO., INC., et al., Respondents.

Argued April 20, 1939; deeided May 17, 1939.

*Edward L. Blackman, Edward F. Snydstrup* and *Charles T. Russell* for appellants.

*Bertrand L. Pettigrew, John F. Collins* and *Everett W. Bovard* for Meehan Paving & Construction Co., Inc., respondent.

*Alexander Orr, Jr.,* and *Walter G. Evans* for Colonial Sand and Stone Company, respondent.

*Chauncey B. Garver* for Consolidated Gas Company of New York, respondent.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Paxton Blair* of counsel), for City of New York, respondent.

In each action: judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.